Argued November 21, 1977. Louis Pomerico, for appellant; Howard H. Klebe, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

384 A.2d 990

Commonwealth v. Paul Moss, Appellant.

Argued November 18, 1977. Thomas T. Frampton, with him Stranahan & Stranahan, for appellant; David B. Douds, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

384 A.2d 990

Commonwealth v. Ronald Moss, Appellant.

 Argued November 18, 1977.
M. Wherry, Assistant Public Defender, with him Nicholas S. Kladitis, Public Defender, for appellant; David B. Douds, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

384 A.2d 990

Commonwealth v. Ronald Moss, Appellant.

 Argued November 18, 1977. M. Wherry, Assistant Public Defender, with him Nicholas S. Kladitis, Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

384 A.2d 990

Commonwealth v. Nelson, Appellant.

